**Lydia Hoffman, appellee, v. George R. S. Hoffman, appellant. Gen. No. 7,293.**
Suit for separate maintenance by wife. Judgment for wife. Appeal from the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed April 10, 1924.

E. D. Reynolds, Morris J. Hinchcliffe and Roy F. Hall, for appellant. Fisher, North, Linscott & Gibboney, for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

**J. M. Davidson and Cadillac Motor Sales Company, appellees, v. The California Insurance Company of San Francisco, appellant, and W. B. Davidson. Gen. No. 7,299.**
Bill to reform policy of automobile insurance and require payment of loss. Decree for complainant. Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed April 10, 1924. Rehearing denied October 8, 1924.

John E. Cassidy and Murphy & Champion, for appellant. Quinn & Quinn and H. R. Schradzki, for appellees.

Mr. Justice Jones delivered the opinion of the court.

---

**Warren Williamson et al., appellees, v. Leo P. Baird, trustee of the estate of George Williamson, bankrupt, appellant. Gen. No. 7,303.**
Partition suit against cotenant and his trustee in bankruptcy involving disposition of proceeds of sale. Judgment for defendant. Appeal from the Circuit Court of Knox county; the Hon. Walter C. Frank, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed April 10, 1924.

Covey, Campbell & Covey and R. D. Robinson, for appellant. Marsh, Rice & Thompson and R. C. Woolsey for G. A. Shipplet, appellee; Hardy & Hardy, for other appellees.

Mr. Justice Jones delivered the opinion of the court.

---

**Lillie Redlinger, appellant, v. Jacob Henk and John Henk, appellees. Gen. No. 7,305.**
Suit for assault and battery. Judgment for defendant. Appeal from the Circuit Court of Lake county; the Hon. Claire C. Edwards, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed April 10, 1924.

Edward E. Shinnick, Eugene M. Runyard and F. H. Lennards, for appellant. William A. Deane and George W. Field, for appellees.

Mr. Justice Jones delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Frank Wilsher, plaintiff in error. Gen. No. 7,245.**
Charge of manufacturing intoxicating liquor contrary to Prohibition Act. Sentence to imprisonment and to pay costs. Error to the County Court of Henderson county; the Hon. James W. Gordon, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed April 16, 1924.

Hartzell & Werts, for plaintiff in error. M. E. Nolan, State's Attorney, for defendant in error; O'Harra, O'Harra & O'Harra, of counsel.

Mr. Justice Jones delivered the opinion of the court.